IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERVIN LEE, JR.,
    Petitioner,

vs.                                    Case No.: 3:15cv175/MCR/EMT

ATTORNEY GENERAL OF THE
STATE OF FLORIDA,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 14, 2015 (doc. 6). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted. Additionally, Petitioner has not made a substantial showing of a denial of a constitutional right; therefore, issuance of a certificate of appealability is not appropriate. 28 U.S.C. § 2253(c)(2).

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The habeas petition (doc. 1) is **DISMISSED**.

3. A certificate of appealability is **DENIED**.

4. The clerk shall enter judgment accordingly and close the file.

**DONE AND ORDERED** this 2nd day of July 2015.

                                           s/ *M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **CHIEF UNITED STATES DISTRICT JUDGE**